UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | NO: CR-06-6063-LRS-1 |
| v. | ) | |
| | ) | ORDER GRANTING MOTION |
| TYLER M. MORRIS, | ) | AND QUASHING WARRANT |
| Defendant. | ) | |

Upon Motion of the Plaintiff, United States of America,

**IT IS ORDERED** that Plaintiff's Motion (**Ct. Rec. 7**) is **GRANTED.**  The warrant for the arrest for the Defendant, Tyler M. Morris, is hereby quashed.

DATED December 14, 2006.


_____S/ CYNTHIA IMBROGNO_____

UNITED STATES MAGISTRATE JUDGE